UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| CAMRON TOOGOOD )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY )<br>)<br>DEFENDANT ) | Civil Action No.  3:22-CV-265-RGJ |

### NOTICE OF REMOVAL OF CIVIL ACTION NUMBER 22-CI-001434 FROM THE JEFFERSON COUNTY CIRCUIT COURT

\*\*\*\*\*

Comes Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by counsel, and for its Notice of Removal of this action from the Jefferson Circuit Court, Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky at Louisville, states as follows:

1. On March 23, 2022, Plaintiff filed a Complaint in Jefferson Circuit Court, Civil Action No. 22-CI-001434. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a). (See **Exhibit "A"**).

2. Plaintiff is and was at all times relevant hereto, including the time of the commencement of Civil Action No. 22-CI-001434 and the time of the filing of the Notice of Removal, a citizen and resident of the Commonwealth of Kentucky.

3. Defendant, State Farm Mutual Automobile Insurance Company, is and was at all times relevant hereto, including the commencement of Civil Action No. 22-CI-001434 and the

time of the filing of the Notice of Removal, a company organized under the laws of the state of Illinois and having its principal place of business in the state of Illinois.

4. This action is one that Defendant, State Farm Mutual Automobile Insurance Company, removes to this Court pursuant to the provisions of 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1441(a) and (b) because this is an action between citizens of different states.

5. Plaintiff's Complaint does not state an amount of damages sought, consistent with Kentucky's Rules of Civil Procedure 8.01(2).

6. Defendant, State Farm Mutual Automobile Insurance Company, served Requests for Admission on Plaintiff on April 19, 2022.

7. Plaintiff served his Responses to Defendant's Requests for Admission on May 11, 2022. (See **Exhibit "A"**).

8. In his responses, Plaintiff refused to deny that his damages did not exceed $75,000.

9. Plaintiff's unwillingness to limit his recovery to an amount that does not exceed $75,000, satisfies this Court's jurisdictional amount-in-controversy requirement. *See* 28 U.S.C. §1332(a) *and Halsey v. AGCO Corp.*, 755 Fed. Appx. 524, 528 (6th Cir. 2018).

10. This Notice of Removal is filed within thirty (30) days after Defendant, State Farm Mutual Automobile Insurance Company, received responses to its Requests for Admission and first ascertained that the case is one that had become removable as required by 28 U.S.C. § 1446(b).

11. The undersigned hereby affirmatively represents that notification of removal has been filed with the clerk of the Jefferson Circuit Court as required by law. Written notice of the filing of this Notice of Removal will be given to all adverse parties, as required by law. The trial in this action has not commenced. Accordingly, Defendant, State Farm Mutual Automobile

Insurance Company, hereby removes this action to the United States District Court for the Western District of Kentucky at Louisville, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

            BOEHL STOPHER & GRAVES, LLP

            */s/ Jared L. Downs*
            Richard W. Edwards (KBA No. 82607)
            Jared L. Downs (KBA No. 91986)
            400 West Market Street, Suite 2300
            Louisville, KY 40202
            Phone:  (502) 589-5980
            Fax:  (502) 561-9400
            redwards@bsg-law.com
            jdowns@bsg-law.com
            COUNSEL FOR DEFENDANT,
            STATE FARM MUTUAL AUTOMOBILE
            INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 17th day of May, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to CM/ECF participants.  A copy will be emailed to non-participants.

 Edward A. Brutscher
 BRUTSCHER LAW OFFICE
 436 S. Seventh Street, Suite 200
 Louisville, Kentucky  40203
 Phone: (502) 855-3410
 Fax: (502) 825-0846
 eab@brutscherlaw.com
 COUNSEL FOR PLAINTIFF,
 CAMRON TOOGOOD

            */s/ Jared L. Downs*
            COUNSEL FOR DEFENDANT