UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| CAMRON TOOGOOD | ) Civil Action No. 3:22-CV-00265 RGJ-CHL |
| PLAINTIFF | ) |
| v. | ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) |
| DEFENDANT | ) |

## STIPULATION AND AGREED ORDER OF DISMISSAL

*****

Plaintiff Camron Toogood and Defendant State Farm Mutual Automobile Insurance Company, each by counsel, hereby stipulate and agree that Plaintiff's claims should be dismissed with prejudice as settled.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant be and are hereby dismissed with prejudice with each party to bear its own costs.

February 1, 2024

Rebecca Grady Jennings, District Judge
United States District Court

HAVE SEEN AND AGREE TO:

*/s/ Jared L. Downs*
Richard W. Edwards (KBA No. 82607)
Jared L. Downs (KBA No. 91986)
BOEHL STOPHER & GRAVES, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
redwards@bsg-law.com
jdowns@bsg-law.com
COUNSEL FOR DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

And

*/s/ Edward A. Brutscher (with permission)*
Edward A. Brutscher
BRUTSCHER LAW OFFICE
436 S. Seventh Street, Suite 200
Louisville, Kentucky  40203
Phone: (502) 855-3410
Fax: (502) 825-0846
eab@brutscherlaw.com
COUNSEL FOR PLAINTIFF, CAMRON TOOGOOD